**Steven THURIK, Respondent,**

v.

**DEPARTMENT OF ECONOMIC SECURITY, Respondent,**

v.

**JOHN MARCUS DENTAL SUPPLY COMPANY, Relator.**

No. 49979.

Supreme Court of Minnesota.

Jan. 25, 1980.

Barnett, Ratelle, Hennessy, Vander Vort, Stasel & Herzog and Eric W. Forsberg, Minneapolis, for relator.

Steven Thurik, pro se.

Warren Spannaus, Atty. Gen., Richard B. Allyn, Sol. Gen., Peter C. Andrews, Asst. Atty. Gen., and Frank W. Levin, Spec. Asst. Atty. Gen., for Dept. of Economic Security.

## OPINION

PER CURIAM.

Employer-relator John Marcus Dental Supply Company obtained a writ of certiorari to review a decision of the Commissioner, Department of Economic Security filed on March 8, 1979, affirming the September 14, 1978 decision of the appeals tribunal that the employee was qualified for unemployment compensation benefits.

It is our view that the record establishes that the employee had engaged in misconduct sufficient to disqualify him from receiving unemployment benefits. Minn.Stat. § 268.09, subd. 1 (1978); *Booher v. Transport Clearings of Twin Cities, Inc.*, 260 N.W.2d 181 (Minn.1977); and *Tilseth v. Midwest Lumber Co.*, 295 Minn. 372, 204 N.W.2d 644 (1973).

Accordingly, this matter is remanded to the Commissioner with instructions that the respondent Steven Thurik be denied unemployment compensation benefits and that any benefits paid not be charged to relator's account.